IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50181
Conference Calendar
_____

GARY STANBERRY,

Plaintiff-Appellant,

versus

A. BRYANT, Dentist;
M. HILL, Field Lt.;
J.L. CRAIG, Case Manager,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CV-40
- - - - - - - - - -
October 23, 1996

Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Gary Stanberry, #298298, appeals the magistrate judge's dismissal of his 42 U.S.C. § 1983 suit on the ground that the defendants are entitled to qualified immunity, arguing that the defendants demonstrated deliberate indifference to his serious medical needs and subjected him to working conditions that were inappropriate in light of his medical condition. We have

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reviewed the record and briefs and AFFIRM the magistrate judge's dismissal for essentially the same reasons set forth by the magistrate judge.  <u>Stanberry v. A. Bryant Et Al.</u>, No. W-95-CA-040 (W.D. Tex. Feb. 12, 1996).

Stanberry's appeal is frivolous and is DISMISSED.  <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); <u>see</u> 5th Cir. R. 42.2. We caution appellant that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, appellant is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.